EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2002

at 12 o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00487 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. § 841(a)(1)] |
| JOHN PAUL MORENO, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about November 6, 2002, in the District of Hawaii, JOHN PAUL MORENO, did knowingly and intentionally possess with intent to distribute in excess of 50 grams of methamphetamine, its salts, isomers and salts of its isomers a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 11/21/02 , 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

UNITED STATES V. JOHN PAUL MORENO
"Indictment"
Cr. No. _____